UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WALTER S. JOHNSON BUILDING COMPANY, INC.,

          PLAINTIFF,

-vs-

BAGGAGE OR CONTAINER AUTOMATION, INC.,
LAWRENCE MAJEWSKI, AND
SHANNON MAJEWSKI,

          DEFENDANTS.

**NOTICE OF MOTION**

CIVIL NO. 09-CV-1083

MAGISTRATE JUDGE
H. KENNETH SCHROEDER, JR.

---

| | |
|---|---|
| **MOTION BY:** | Counsel for defendants, Goldberg Segalla LLP. |
| **RELIEF REQUESTED:** | An Order that: (1) seals the affirmation of Richard A. Braden, Esq., dated March 24, 2010, and (2) grants such other and further relief as the Court deems just and proper. |
| **SUPPORTING PAPERS:** | Affirmation of Richard A. Braden, Esq. dated March 24, 2010 (to be filed under seal). |
| **BASIS FOR RELIEF REQUESTED:** | Fed. R. Civ. P. 5.2(d) and Local Rules 5.4 and 7.1. |
| **PLACE:** | United States Courthouse<br>68 Court Street, Buffalo, New York 14202 |

DATED: Buffalo, New York
        March 24, 2010

GOLDBERG SEGALLA LLP

*s/ Richard A. Braden*
Richard A. Braden
*Attorneys for Defendants*
665 Main Street, Suite 400
Buffalo, New York 14203
rbraden@goldbergsegalla.com
Telephone: (716) 566-5400
Facsimile: (716) 566-5401

588497.1