AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

WALTER S. JOHNSON  　　　　**D E F A U L T**
BUILDING COMPANY, INC.  　**JUDGMENT IN A CIVIL CASE**
　　　　　　　　　　　　　　CASE NUMBER: 09-CV-1083 A
　　v.

BAGGAGE OR CONTAINER
AUTOMATION, INC., et al.,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that default judgment is entered against individual defendants Lawrence Majewski and Shannon Majewski in the amount of $582,287.94, representing the claimed damages of $495,736 plus pre-judgment interest running from November 12, 2009 at 9% simple interest, pursuant to N.Y. CPLR 5004 and that plaintiff is also awarded post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Date: October 24, 2011　　　　　　　　MICHAEL J. ROEMER, CLERK


　　　　　　　　　　　　　　　　　　　By: s/Suzanne Grunzweig
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


**Defendant Baggage or Container Automation, Inc. terminated on 8/29/11 pursuant to automatic stay provision of 11 U.S.C. 362(a).